UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| MARILYN GILLESPIE<br>        Plaintiff<br><br>V.<br><br>IVAN MELYAKOV, et. al.<br>        Defendants | Case No. WGC 09 CV 0169 |

**STIPULATION OF DISMISSAL AS TO VLADIMIR MELYAKOV ONLY**

Plaintiff Marilyn Gillespie and Defendants, Ivan and Vladmir Melyakov, by and through their respective undersigned counsel, hereby stipulate to the dismissal of the Complaint filed in the above captioned matter pursuant to FRCP 41(a) as to defendant Vladmir Melyakov only. The parties stipulate that all remaining claims of Ms. Gillespie shall not be affected by the dismissal of Vladimir Melyakov and that Ivan Melyakov is covered under the same policies of insurance issued to Vladimir Melyakov for the claims asserted by the Plaintiff.

/s/ Michael M. Ain
Michael M. Ain
Federal Bar No. 01162
Ain & Stein, LLC
401 North Washington Street,
Suite 500
Rockville, MD 20850
301-838-0199
Counsel for Plaintiff

/s/ Richard D. Corcoran
Richard D. Corcoran
Federal Bar No. 07279
962 Wayne Avenue
Suite 200
Silver Spring, MD 20910
301-587-9626
Counsel for Defendant