**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MARILYN GILLESPIE** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**IVAN MELYAKOV,** *et al.* )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. WGC-09-169 |

**ORDER**

Having received the Stipulation of Dismissal as to Vladimir Melyakov Only, IT IS this 13th day of August, 2009, by the United States District Court for the District of Maryland,

**ORDERED**:

1.   That the Stipulation of Dismissal as to Vladimir Melyakov Only (Document No. 28) BE, and the same hereby IS, **APPROVED**;

2.   That Defendant Vladimir Melyakov is hereby **DISMISSED WITHOUT PREJUDICE** as a party to this litigation as named in the Complaint (Document No. 1);

3.   That the Clerk of Court **TERMINATE** Defendant Vladimir Melyakov as a party to this litigation; and

4.   That the said litigation (and all remaining claims) shall PROCEED against Defendant Ivan Melyakov.

/s/
_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE