**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

_____
**MARILYN GILLESPIE**            )
                                 )
      **Plaintiff,**            )
                                 )
      v.                        )      **Civil Action No. WGC-09-169**
                                 )
**IVAN MELYAKOV**                )
                                 )
      **Defendant.**            )
_____)

## ORDER

Upon consideration of Plaintiff's Motion to Amend the Complaint to Increase the *Ad Damnum* Clause, no Opposition by Defendant, and good cause having been demonstrated, IT IS this 23rd day of November, 2009, by the United States District Court for the District of Maryland, **ORDERED**:

    1.    That Plaintiff's Motion to Amend Complaint to Increase *Ad Damnum* Clause (Document No. 32) BE, and the same hereby, IS **GRANTED**;

    2.    That Plaintiff is granted leave to amend her Complaint as set forth in Exhibit 1 to her Motion, and that it be considered filed as of the date of this Order, and

    3.    That Defendant shall not be required to file an Answer to this Amended Complaint.

                                              _____/s/_____
                                                      WILLIAM CONNELLY
                                                UNITED STATES MAGISTRATE JUDGE